WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
tim@wilbornlaw.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 926-9133
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**THOMAS CAREY**,                                                            Case No. 6:18-cv-1148-MK

      Plaintiff,

vs.                                                                                                        ORDER

**COMMISSIONER of Social Security**,

      Defendant.

      This Court grants Plaintiff's Motion for Approval of Attorneys' fees pursuant to 42 U.S.C. § 406(b) in the amount of $22,929.75. Previously, this court awarded fees pursuant to the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412. After the EAJA fees are subtracted from the $22,929.75 awarded pursuant to 42 U.S.C. § 406(b), the balance is **$17,700.66**. Consistent with this order, past-due benefits withheld by the agency in anticipation of an order under 42 U.S.C. § 406(b), shall be mailed and payable to Plaintiff's counsel, Tim Wilborn, less an administrative assessment pursuant to 42 U.S.C. 406(d) and the amount of the EAJA fees previously received by the attorney.

      DATED this <u>8th</u> day of June 2020.

                                                  s/Mustafa T. Kasubhai
                                                  United States Magistrate Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1